IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

M.D.                                        :   CIVIL ACTION
                                            :
            v.                              :   NO. 26-3628
                                            :
JOHN E. RIFE, MARKWAYNE                     :
MULLIN, TODD BLANCHE                        :

## ORDER

**AND NOW**, this 3rd day of August 2026, upon considering the Petition for *habeas corpus* (ECF 1), Respondent's Answer (ECF 8), and for good cause to move this matter to resolution, it is **ORDERED** we:

1.      **Direct** Plaintiff file a "Joint Notice of the parties' proposals on resolving the claim" including the need for a hearing or oral argument on the pending memoranda (ECFs 1 and 8) and the necessity of a response to the amended Petition (ECF 9) not exceeding three pages by no later than **August 13, 2026;**

2.      **Attach** counsel for a status conference not exceeding fifteen minutes over the telephone on **August 17, 2026** at **12:00 NOON** via ZoomGov (1-646-828-7666; Meeting ID: 165 151 6350; Passcode: 234627).

KEARNEY, J.