**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **M.D.** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 26-3628** |
| | : | |
| **JOHN E. RIFE, MARKWAYNE MULLIN, TODD BLANCHE** | : | |

# ORDER

**AND NOW**, this 14th day of September 2026, considering the parties' joint Memorandum (ECF 15) including Petitioner's revised prayer to enjoin Respondents from imposing electronic monitoring, surveillance, and supervision requirements absent a change of circumstances such as establishing a flight risk or danger to the community and otherwise enjoining Respondents from imposing additional restraints on liberty without due process including seeking a signed letter or notice from Petitioner's ISAP case manager, an ICE case manager or other authorized individual from ICE or its contracted agents and detailing the proper procedures ISAP shall follow in the event of a missed biometric check-in, and for good cause, it is **ORDERED** we **GRANT** the parties leave to file memoranda not exceeding ten pages on or before **September 22, 2026** describing their positions, with cited authority as to Petitioner's revised prayer for relief (ECF 15 at ¶ 6) absent an earlier negotiated resolution.

**KEARNEY, J.**