**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **M.D.** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 26-3628** |
| | : | |
| **JOHN E. RIFE, MARKWAYNE MULLIN, TODD BLANCHE** | : | |

**ORDER**

**AND NOW**, this 22nd day of September 2026, it having been reported the above captioned matter is settled as of today (ECF 17), it is **ORDERED**:

1. This action is **DISMISSED without prejudice** under Local Rule of Civil Procedure 41.1(b);[1] and,

2. The Clerk of Court shall mark this matter **CLOSED.**

**KEARNEY, J.**

---

[1] Local Rule 41.1(b) provides:

> [a]ny such order of dismissal may be vacated, modified, or stricken from the record, for good cause shown, upon the application of any party served within ninety (90) days of the entry of such order of dismissal, provided the application of the ninety-day time limitation is consistent with Federal Rule of Civil Procedure 60(c).